UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JEREMY NAYLOR, | Case No. 2:20-cv-00912-GMN-EJY |
| Petitioner, | ORDER |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

Before the court are respondents' motions for extension of time to file a response to Jeremy Naylor's pro se 28 U.S.C. § 2254 habeas corpus petition (ECF Nos 9, 10, 11). Good cause appearing,

**IT IS ORDERED** that respondents' three motions for extension of time to file a response to the petition (ECF Nos. 9, 10, and 11) are all **GRANTED** *nunc pro tunc*.

DATED: 29 March 2021.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE