1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JEREMY NAYLOR,

Petitioner,

v.

BRIAN WILLIAMS, SR, et al.,

Respondents.

Case No. 2:20-cv-00912-GMN-EJY

ORDER

15        This court previously denied Jeremy Naylor's motion for a stay and abeyance of

16  his *pro se* 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 28.) The court directed

17  Naylor, within 30 days, to either inform this court in a sworn declaration that he wished

18  to formally and forever abandon the unexhausted grounds for relief in his federal

19  habeas petition and proceed on the exhausted grounds; or inform this court in a sworn

20  declaration that he wished to dismiss this petition without prejudice in order to return to

21  state court to exhaust his unexhausted claims. That order was served on Naylor at his

22  address of record. *See id*. More than the allotted time has passed, and Naylor has not

23  made his election or contacted the court in any way. Accordingly, this action is

24  dismissed for failure to follow the court's order regarding the unexhausted grounds.

25
26
27
28

1    **IT IS THEREFORE ORDERED** that this action is **DISMISSED without prejudice**

2 for failure to follow the court's order.

3    **IT IS FURTHER ORDERED** that a certificate of appealability is denied.

4    **IT IS FURTHER ORDERED** that the Clerk of Court enter judgment accordingly

5 and close this case.

6

7    DATED: 24 October 2022.

8

9              GLORIA M. NAVARRO

10              UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28